IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ARMANDO RODRIGUEZ<br><br>　　　　　　　Defendant. | 8:06-CR-254<br><br>ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE AS TO DEFENDANT ARMANDO RODRIGUEZ |

This matter is before the Court on the United States' Motion for Dismissal. Filing 8. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States "requests leave to dismiss, without prejudice, the Indictment" as it relates to the Defendant Armando Rodriguez only. Filing 8 at 1. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED: The Government's Motion for Dismissal, Filing 8, is granted. The Indictment is dismissed without prejudice as it relates to Defendant Armando Rodriguez.

Dated this 18th day of December, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1